No. 995. AIR LINE PILOTS ASSOCIATION, INTERNA-
TIONAL v. PIEDMONT AVIATION, INC. C. A. 4th Cir.
Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE
WHITE are of the opinion that certiorari should be
granted. *Samuel J. Cohen* for petitioner. *Whiteford
S. Blakeney* for respondent.

No. 1023. UNITED STATES v. GORDON, U. S. DISTRICT
JUDGE. C. A. 7th Cir. Motion of Cotton et al. (defend-
ants below) for leave to proceed *in forma pauperis*
granted. Certiorari denied. THE CHIEF JUSTICE and
MR. JUSTICE STEWART are of the opinion that certiorari
should be granted. *Solicitor General Griswold, Assistant
Attorney General Wilson, Beatrice Rosenberg,* and *Mer-
vyn Hamburg* for the United States. *Franklyn M.
Gimbel* and *Stanley P. Gimbel* for Gordon, and *Wil-
liam M. Kunstler* for Cotton et al.

No. 24, Misc. TAYLOR v. UNITED STATES. C. A. 6th
Cir. Certiorari denied. *Solicitor General Griswold, Act-
ing Assistant Attorney General Kossack,* and *Beatrice
Rosenberg* for the United States.

No. 28, Misc. CORTEZ v. UNITED STATES. C. A. 9th
Cir. Certiorari denied. *Solicitor General Griswold* for
the United States.

No. 89, Misc. NANDIN v. UNITED STATES; and
No. 125, Misc. CAZARES-RAMIREZ v. UNITED STATES.
C. A. 5th Cir. Certiorari denied. *Solicitor General
Griswold, Assistant Attorney General Wilson, Beatrice
Rosenberg,* and *Robert G. Maysack* for the United States
in No. 89, Misc., and *Mr. Griswold, Mr. Wilson, Jerome
M. Feit,* and *Roger A. Pauley* for the United States in
No. 125, Misc. Reported below: 406 F. 2d 228.